IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LARRY ALLEN LYMAN**                                                                           **PLAINTIFF**

V.                             **CASE NO. 5:24-CV-5194**

**CORPORAL DEREK STAMPS,**
Benton County Detention Center (BCDC);
**NURSE TRACEY ROBISON,**
Turn Key Health Clinics, LLC;
**DEPUTY SIMMERMON, BCDC;**
**JOHN DOE DEPUTY #1, BCDC;**
and **DEPUTY ARHANGELSKY, BCDC**                                        **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 33) filed in this case on March 11, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R by the deadline.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and this case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 31st day of March, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE